| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |



| 1. Person Reporting (last name, first, middle initial)<br><br>Ellis, III, Thomas S | 2. Court or Organization<br><br>U.S. District Court, E.D. Va. | 3. Date of Report<br><br>06/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>401 Courthouse Square<br>9th Floor<br>Alexandria, VA 22314-5799 | 8. On the basis of the information contained in this Report and any<br>   modifications pertaining thereto, it is, in my opinion, in compliance<br>   with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Advisory Board Member | Dean's Intellectual Property Law Advisory Board, George Washington University |
| 2.   Member | Judicial Conference Advisory Committee on Appellate Rules |
| 3.   Member | Judicial Advisory Council on International Family Abduction |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUN 20 A 10: 24 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 06/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Colorado Bar Association CLE | 1/6/2007 to 1/08/2007 | Snowmass, Colorado | Seminar (speaker) | food/lodging/travel |
| 2. | ALI-ABA | 7/25/2007 to 7/30/2007 | Santa Fe, New Mexico | Seminar (speaker) | food/lodging/travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 06/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Sensor | | None | J | T | | | | | |
| 2.   Burke & Herbert Bank & Trust Co. Accounts | C | Interest | | | closed | 7/10 | J | | |
| 3.   Burke & Herbert Bank & Trust Co. (IRA #1) | A | Interest | | | IRA rollover | 2/16 | J | | |
| 4.   Wachovia Bank Accounts | E | Interest | L | T | opened | 4/4 | O | | |
| 5.       IRA #2 | | | | | | | | | |
| 6.   Calamos Growth Fd A | A | Dividend | J | T | part sale | 12/5 | J | B | |
| 7.   Cambiar Opportunity Fd | A | Dividend | J | T | part sale | 12/5 | J | B | |
| 8.   FMI Fds Focus Fd | | None | J | T | part sale | 12/5 | J | A | |
| 9.   Goldman Sachs Tr Finl Sq Mmkt I | A | Dividend | J | T | | | | | |
| 10.   Hotchkiss & Wiley Mid Cap Value I | | None | J | T | part sale | 12/5 | J | A | |
| 11.   Julius Baer Int'l Equity I | A | Dividend | J | T | part sale | 12/5 | J | D | |
| 12.   Kinetics Sm Cap Opportunities I | A | Dividend | J | T | part sale | 12/5 | J | B | |
| 13.   Kinetics Paradigm Fd | A | Dividend | J | T | part sale | 12/5 | J | C | |
| 14.   Legg Mason Value Trust | A | Dividend | K | T | part sale | 12/5 | J | B | |
| 15.   Royce Total Return Fd CLW | | None | J | T | buy | 1/7 | J | | |
| 16.   Royce Total Return Fd CLW | | | | | part sale | 12/5 | J | A | |
| 17.   TCW Fds Select Equities Fd I | A | Dividend | J | T | buy | 1/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TCW Fds Select Equities Fd I | | | | | part sale | 12/5 | J | B | |
| 19. Alger Sm Cap | A | Dividend | J | T | buy | 4/26 | J | | |
| 20. Alger Sm Cap | | | | | part sale | 12/5 | J | A | |
| 21. Black Rock Lg Cap Value Fd | A | Dividend | J | T | buy | 4/26 | J | | |
| 22. Black Rock Lg Cap Value Fd | | | | | part sale | 12/5 | J | B | |
| 23. Columbia Funds Tr Marsico 21st Century Fd CLA | A | Dividend | J | T | buy | 3/20 | J | | |
| 24. Columbia Funds Tr Marsico 21st Century Fd CLA | | | | | part sale | 12/5 | J | B | |
| 25. Dodge & Cox Int'l Stock Fd | | None | J | T | buy | 9/26 | J | | |
| 26. Dodge & Cox Int'l Stock Fd | | | | | part sale | 12/5 | J | A | |
| 27. DWS Dreman Sm Cap Value CLS | | None | J | T | part sale | 12/5 | J | A | |
| 28. Fidelity Advisor Ser I Lev Co Stock Fd | | None | J | T | buy | 6/6 | J | | |
| 29. Fidelity Advisor Ser I Lev Co Stock Fd | | | | | part sale | 12/5 | J | A | |
| 30. Quantitative Group FDS Foreign Value Fd Ord SHS | | None | J | T | buy | 5/16 | J | | |
| 31. Quantitative Group FDS Foreign Value Fd Ord SHS | | | | | part sale | 12/5 | J | A | |
| 32. Rs Invt TR Global Natural Res Fd CLA | A | Dividend | J | T | buy | 6/6 | J | | |
| 33. Rs Invt TR Global Natural Res Fd CLA | | | | | part sale | 12/5 | J | A | |
| 34. IRA #3 | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Baron Select Partners | A | Dividend | J | T | buy | 2/22 | J | | |
| 36. Blackrock Large Cap Val A | A | Dividend | J | T | buy | 2/22 | J | | |
| 37. Bridgeway Ultra-Small Co | A | Dividend | J | T | buy | 2/22 | J | | |
| 38. Constell Sands Cap Fd * | A | Dividend | K | T | buy | 2/22 | J | | |
| 39. *Renamed Touchstone Inst'l Fds Tr Sands Cap Inst'l Growth | | | | | | | | | |
| 40. Diamond Hill Sm Cap Fd-A | A | Dividend | J | T | buy | 2/22 | J | | |
| 41. Dodge & Cox Int'l Stock Fd | A | Dividend | J | T | buy | 2/22 | J | | |
| 42. Hotchkiss & Wiley Cor Val I | A | Dividend | J | T | buy | 2/22 | J | | |
| 43. Janus Md Cap Val Fd Inst | A | Dividend | J | T | buy | 2/22 | J | | |
| 44. Julius Baer Int'l Equity II | A | Dividend | J | T | buy | 2/22 | J | | |
| 45. Kinetics S/C Opp Inst'l | A | Dividend | J | T | | | | | |
| 46. Munder M/C Core Growth Y | A | Dividend | J | T | buy | 2/22 | J | | |
| 47. NUVN Trdwnds Int'l Val R | A | Dividend | J | T | buy | 2/22 | J | | |
| 48. Natnwde Mut S/C FD CLA | A | Dividend | J | T | | | | | |
| 49. Pioneer-Cullen Value Y | A | Dividend | J | T | buy | 2/22 | J | | |
| 50. Sunamer Foc SC Growth CLA | A | Dividend | J | T | buy | 2/22 | J | | |
| 51. CRM Mid Cap Val Inst'l | A | Dividend | J | T | buy | 2/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells-Fargo Adv End SL-I | A | Dividend | K | T | buy | 2/22 | J | | |
| 53. GS Finl Sq Mkt Inst'l | A | Dividend | J | T | | | | | |
| 54. Keeley Small Cap Value CLA | A | Dividend | J | T | buy | 2/22 | J | | |
| 55. RS Invt TR Global Natural Res Fd CLA | A | Dividend | J | T | buy | 2/22 | J | | |
| 56. SSGA FDS Intl Stock SEL | A | Dividend | J | T | buy | 2/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 06/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

IRA #1 was rolled over into IRA #3 on 2/22/2007.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALS̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶E SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544